UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5965 CAS (Ssx) | Date | April 11, 2011 |
|---|---|---|---|
| Title | DWIGHT SITYAR, ETC. v. WM. WRIGLEY JR. COMPANY | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:) ORDER TO SHOW CAUSE WHY THE FIRST AMENDED COMPLAINT SHOULD NOT BE DISMISSED**

On August 11, 2010, plaintiff filed the instant putative class action suit in connection with the marketing and sales of defendant Wrigley's Eclipse Breeze gum product. On December 16, 2010, plaintiff filed a first amended complaint ("FAC"). On January 3, 2011, defendant moved to dismiss the FAC. The Court granted the motion to dismiss without prejudice on March 2, 2011, ordering plaintiff to file an amended complaint within 30 (days) from the filing of the order.

Because plaintiff has not filed an amended complaint, and the thirty-day period expired on April 1, 2011, the plaintiff is hereby ORDERED to SHOW CAUSE on or before April 18, 2011 why the instant action should not be dismissed with prejudice.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |